UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEANTE McCRAY,

    Defendant.

_____/

Case: 2:21-cr-20392
Judge: Murphy, Stephen J.
MJ: Altman, Kimberly G.
Filed: 06-16-2021 At 12:56 PM
INDI USA V. MCCRAY (DA)

VIO: 18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about February 24, 2021, in the Eastern District of Michigan, the defendant, Deaente McCray, knowing that he had been previously convicted of a crime punishable by a term of more than one year imprisonment, knowingly possessed a firearm, that is, a Ruger P95 9mm caliber pistol, said firearm having been shipped and transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATIONS**
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)
CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count One of this Indictment, the convicted defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing violation of section 922(g).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN C. COATS
Chief, Major Crimes Unit

*s/ Meghan S. Bean*
Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-0214
meghan.bean@usdoj.gov

Dated: June 16, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:21-cr-20392<br>Judge: Murphy, Stephen J.<br>MJ: Altman, Kimberly G.<br>Filed: 06-16-2021 At 12:56 PM<br>INDI USA V. MCCRAY (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** MSB |

**Case Title:** USA v. Deante McCray

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓  Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30156       ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 16, 2021
Date

*Meghan S. Bean* (signature)
Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0214
Fax: 313-226-2372
E-Mail address: Meghan.Bean@usdoj.gov
Attorney Bar #: P80790

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.